District Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YINGZHI TANG, | NO. 2:20-cv-01518-RSL |
| Plaintiff, | Stipulated Motion to Extend Deadline |
| v. | Note on Motion Calendar: |
| CHAD F. WOLF, *et al.*, | November 24, 2020 |
| Defendants. | |

Pursuant to Local Rule 10(g), the parties hereby jointly stipulate and move for a 10-day extension of Defendants' deadline to Answer the Complaint.  The Answer is currently due on December 18, 2020; the new deadline would be December 28, 2020.

The parties submit there is good cause for an extension of this deadline.  Defendants anticipate adjudicating Plaintiff's I-539 Application soon after receiving information from Plaintiff in response to United States Citizenship and Immigration Services' ("USCIS") request for evidence. Plaintiff's response is due on December 14, 2020.  Adjudication of Plaintiff's I-539 Application would fully resolve this mandamus action without the time and expense of further litigation.

Accordingly, the parties seek a 10-day extension of Defendants' deadline to file the

STIPULATED MOTION TO EXTEND DEADLINE
2:20-cv-1518-RSL
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Answer.

2      IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

3  DATED: November 24, 2020          *s/ Ralph Hua*
                                    RALPH HUA, WSBA #42189
4                                   Fisher Phillips LLP
                                    1201 3rd Avenue, Suite 2750
5                                   Seattle, WA 98101
                                    Phone: 206-247-7014
6                                   Email: rhua@fisherphillips.com

7
                                    *Attorney for Plaintiff*
8

9

10 DATED: November 24, 2020          *s/ Michelle R. Lambert*
                                    MICHELLE LAMBERT, NYS #4666657
11                                  Assistant United States Attorney
                                    United States Attorney's Office
12                                  1201 Pacific Ave, Suite 700
                                    Tacoma, WA 98402
13                                  Phone: (253) 428-3824
                                    Email: michelle.lambert@usdoj.gov

14                                  *Attorney for Defendants*

15

16

17

18

19

20

21

22

23

24

25

26

27

28 STIPULATED MOTION TO EXTEND DEADLINE                    UNITED STATES ATTORNEY
   2:20-cv-1518-RSL                                        700 STEWART STREET, SUITE 5220
   PAGE– 2                                                 SEATTLE, WASHINGTON 98101
                                                           (206) 553-7970

1

## ORDER

2     **IT IS SO ORDERED**.

3     Dated this _____30th_____ day of _____November_____, 2020.

4

5

6     _Mr S Lasnik_
      ROBERT S. LASNIK
7     United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

STIPULATED MOTION TO EXTEND DEADLINES
2:20-cv-531-RSM
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970