District Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YINGZHI TANG,<br><br>    Plaintiff,<br>v.<br><br>CHAD F. WOLF, *et al.*,<br><br>    Defendants. | No. 2:20-cv-01518-RSL<br><br>**STIPULATED MOTION TO DISMISS AND ORDER** |

The above-captioned action having been resolved, all parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to dismissal with prejudice, with each party to bear their own fees or costs.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: December 22, 2020

*s/ Ralph Hua*
RALPH HUA, WSBA #42189
Fisher Phillips LLP
1201 3rd Avenue, Suite 2750
Seattle, WA 98101
Phone: 206-247-7014
Email: rhua@fisherphillips.com

*Attorney for Plaintiff*

STIPULATED MOTION TO DISMISS
2:20-cv-1518-RSL
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1
2  DATED: December 22, 2020           *s/ Michelle R. Lambert*
3                                     MICHELLE LAMBERT, NYS #4666657
                                      Assistant United States Attorney
4                                     United States Attorney's Office
                                      1201 Pacific Ave, Suite 700
5                                     Tacoma, WA 98402
                                      Phone: (253) 428-3824
6                                     Email: michelle.lambert@usdoj.gov

7                                     *Attorney for Defendants*
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  STIPULATED MOTION TO DISMISS                    UNITED STATES ATTORNEY
    2:20-cv-1518-RSL                            700 STEWART STREET, SUITE 5220
    PAGE– 2                                       SEATTLE, WASHINGTON 98101
                                                       (206) 553-7970

## ORDER

**IT IS SO ORDERED**.

Dated this ____4th____ day of ____January____, 2021.

*/s/ Robert S. Lasnik*
_____
ROBERT S. LASNIK
United States District Judge

STIPULATED MOTION TO EXTEND DEADLINES
2:20-cv-531-RSM
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970